# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIBERTY ACCESS TECHNOLOGIES LICENSING LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ASSA ABLOY AB, ASSA ABLOY MOBILE SERVICES AB, AND ASSA ABLOY GLOBAL SOLUTIONS AB,<br><br>    Defendants. | Civil Action No. 2:22-cv-00507-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER ON

## PLAINTIFF'S UNOPPOSED MOTION EXTENSION OF TIME TO SERVE ITS RULE 3-1 DISCLOSURES AND DEFENDANTS TO SERVE THEIR RULE 3-3 AND 3-4 DISCLOSURES

Plaintiff Liberty Access Technologies Licensing LLC (hereinafter, "Liberty" or "Plaintiff") files this Unopposed Motion for Extension of Time to Serve its Local Patent Rule ("P.R.") 3-1(c) Infringement Contentions and Defendants ASSA ABLOY AB, ASSA ABLOY Mobile Services AB, and ASSA ABLOY Global Solutions AB (collectively, "Defendants") to serve their P.R. 3-3 and 3-4 Disclosures.

The Court, having considered the Motion (Dkt. No. ___; the "Motion"), hereby **GRANTS** the Motion.  The Court's Order is as follows:

| Event | Current Date | New Date |
|---|---|---|
| Deadline For Plaintiff to Serve Corrected Rule 3-1(c) Disclosures | May 16, 2023 | May 18, 2023 |
| Deadline For Defendants to Serve Rule 3-3 and 3-4 Disclosures | July 11, 2023 | July 13, 2023 |